PENDERGRAFT *v.* WATTS, APPELLEE; CUYAHOGA SUPPORT
ENFORCEMENT AGENCY, APPELLANT.

[Cite as *Pendergraft v. Watts*, 129 Ohio St.3d 340, 2011-Ohio-4035.]

(No. 2010–1340—Submitted August 8, 2011—Decided August 16, 2011.)

{¶ 1} The judgment of the court of appeals is reversed on the authority of *Pula v. Pula–Branch*, 129 Ohio St.3d 196, 2011-Ohio-2896, 951 N.E.2d 72, and the cause is remanded to the court of appeals for further proceedings consistent with this court's opinion in *Pula v. Pula–Branch*.

O'CONNOR, C.J., and PFEIFER, LUNDBERG STRATTON, O'DONNELL, LANZINGER, CUPP, and McGEE BROWN, JJ., concur.

William D. Mason, Cuyahoga County Prosecuting Attorney, and Kestra Smith and Joseph Young, Assistant Prosecuting Attorneys, for appellant, Cuyahoga Support Enforcement Agency.